COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Ex parte Elena Herrera Salas

Appellate case number:   01-19-00112-CR

Trial court case number: 2235783

Trial court:             County Criminal Court at Law No. 15 of Harris County

This is an appeal from the denial of an application for habeas corpus.  Rule 31.1 provides that when an appellate court receives the record, it may set the time for filing briefs. *See* TEX. R. APP. P. 31.1.

Accordingly, we **order** appellant to file a brief **within 20 days of the date of this order**. The state's brief **will be due 20 days after appellant's brief is filed**.

It is so ORDERED.

Judge's signature: ___/s/ Justice Richard Hightower_____
                    ☑ Acting individually     ☐ Acting for the Court

Date: ___March 5, 2019____